UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMMY F. ADAMS,

                Plaintiff,

-against-

FORUM PERSONNEL INC. d/b/a THE FORUM GROUP; DIRECTOR OF HUMAN RESOURCES,

                Defendants.

1:23-CV-6170 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 3, 2023, the Court granted Plaintiff leave to file an amended complaint within 60 days. That order specified that failure to comply would result in dismissal of this action for the reasons set forth in that order. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action for the reasons set forth in the Court's October 3, 2023 order.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Court directs the Clerk of Court enter a judgment dismissing this action for the reasons set forth in the Court's October 3, 2023 order.

SO ORDERED.

Dated:   January 3, 2024
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge