UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMMY F. ADAMS,

Plaintiff,

-against-

FORUM PERSONNEL INC. d/b/a THE
FORUM GROUP; DIRECTOR OF HUMAN
RESOURCES,

Defendants.

23-CV-6170 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 3, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 3, 2024
         New York, New York

_____
/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge